1  CARA F. BARRICK, CA Bar No. 303107
   cara.barrick@ogletree.com
2  JEAN C. KOSELA, CA Bar No. 252753
   jean.kosela@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Steuart Tower, Suite 1300
   One Market Plaza
5  San Francisco, CA 94105
   Telephone:    415-442-4810
6  Facsimile:    415-442-4870

7  Attorneys for Defendant
   IKEA NORTH AMERICA SERVICES, LLC
8  dba IKEA US RETAIL LLC

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   EARY CANNON,                          Case No.
13
               Plaintiff,                **DECLARATION OF JOHN ROBINSON IN**
14                                       **SUPPORT OF DEFENDANT'S REMOVAL**
         v.                              **OF CIVIL ACTION**
15
   IKEA NORTH AMERICA SERVICES, LLC
16 dba IKEA US RETAIL LLC,               Complaint Filed: January 14, 2020
                                         Trial Date:      None Set
17             Defendant.

18

19

20

21

22

23

24

25

26

27

28

                                                                    Case No.

# DECLARATION OF JOHN ROBINSON

I, John Robinson, declare as follows:

1. I am the Treasurer for IKEA US RETAIL LLC. I have held this position since 2007.

2. In this capacity, I am familiar with Defendant IKEA North America Services, LLC's and IKEA US RETAIL LLC's operations in the United States and I have personal knowledge regarding their corporate structures. In my position I have access to information and data regarding IKEA North America Services, LLC's and IKEA US RETAIL LLC's business operations.

3. This declaration is based on my personal knowledge, and if called to testify as to the facts set forth in this declaration, I could and would competently testify thereto. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of both IKEA North America Services, LLC's and IKEA US RETAIL LLC's business to maintain such records.

4. I make this Declaration in support of the Notice of Removal of this action.

5. Plaintiff improperly sued "IKEA North America Services, LLC dba IKEA US Retail LLC." IKEA North America Services, LLC and IKEA US RETAIL LLC are two separate corporate entities.

6. IKEA North America Services, LLC is a Virginia limited liability company. IKEA North America Services, LLC is headquartered in Conshohocken, Pennsylvania, which is its center of direction, control, and coordination.

7. The sole member of IKEA North America Services, LLC is IKEA US RETAIL LLC.

8. IKEA US RETAIL LLC is a Virginia limited liability company. IKEA US RETAIL LLC is headquartered in Conshohocken, Pennsylvania, which is its center of direction, control, and coordination.

9. The sole member of IKEA US RETAIL LLC is IKEA Property, Inc., which is

organized in the State of Delaware, and which has its corporate and administrative offices and its principal place of business in Conshohocken, Pennsylvania.

10. Neither IKEA North America Services, LLC, nor IKEA US RETAIL LLC, nor their respective members, are California limited liability companies, California corporations, or headquartered in California.

11. IKEA North America Services, LLC, IKEA US RETAIL, LLC, and IKEA Property, Inc. perform the vast majority of their executive and administrative functions at their corporate headquarters in Conshohocken, Pennsylvania, where their high-level management personnel and officers are located, and from where they direct, control and coordinate activities including, without limitation: (1) matters relating to the financing of their respective operations; (2) advertising and marketing of services; (3) directing general business strategy and operation; and (4) compliance with laws and legal services associated with such matters. The books and records relating to these, and other matters are directed, controlled, and coordinated from the headquarters offices in Conshohocken, Pennsylvania.

12. Based upon my review of corporate records, Plaintiff Eary Cannon's ("Plaintiff") wage rate at the time of his termination from his employment with IKEA US RETAIL LLC on or about February 14, 2018 was $22.27 per hour.

13. Based upon my review of corporate records, Plaintiff was generally authorized to work between 20 and 34 hours per workweek from 2010 through 2016 (unless he was absent or had restrictions). Plaintiff was on a leave of absence from approximately January 1, 2017 until approximately August 2, 2017. When he returned on or about August 2, 2017, he could work up to 24 hours per workweek. He then stopped working from at least on or about October 1, 2017 until his employment ended on or about February 14, 2018.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

Executed on February 20, 2020, at Conshohocken, PA.

JOHN ROBINSON