1  CARA F. BARRICK, CA Bar No. 303107
   cara.barrick@ogletree.com
2  JEAN C. KOSELA, CA Bar No. 252753
   jean.kosela@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Steuart Tower, Suite 1300
   One Market Plaza
5  San Francisco, CA  94105
   Telephone:    415-442-4810
6  Facsimile:    415-442-4870

7  Attorneys for Defendant
   IKEA US RETAIL LLC (erroneously sued as
8  "IKEA NORTH AMERICA SERVICES, LLC
   dba IKEA US RETAIL LLC")

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  EARY CANNON,                              Case No.  5:20-cv-01341

            Plaintiff,                        **DEFENDANT'S CERTIFICATION OF**
14                                            **INTERESTED ENTITIES OR PERSONS**

15      v.

16  IKEA NORTH AMERICA SERVICES, LLC          Complaint Filed: January 14, 2020
    dba IKEA US RETAIL LLC,                   Trial Date:      None Set
17
            Defendant.
18

19

20

21

22

23

24

25

26

27

28

Case No.
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Defendant IKEA US RETAIL LLC (erroneously sued as "IKEA NORTH AMERICA SERVICES, LLC dba IKEA US RETAIL LLC") ("Defendant") certifies that Defendant states that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The sole member of IKEA North America Services, LLC is IKEA US RETAIL LLC.
2. The sole member of IKEA US RETAIL LLC is IKEA Property, Inc.
3. IKEA Property, Inc. is a wholly-owned subsidiary of IKEA Holding US, Inc.
4. IKEA Holding US, Inc. is a subsidiary of INGKA Holding Overseas B.V.
5. INGKA Holding Overseas B.V. is a subsidiary of INGKA Holding B.V.

The undersigned certifies that as of this date, other than those listed above, there are no known interested parties or persons to report.

DATED: February 21, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ *Cara F. Barrick*
CARA F. BARRICK
JEAN C. KOSELA
Attorneys for Defendant
IKEA US RETAIL LLC (erroneously sued as "IKEA NORTH AMERICA SERVICES, LLC dba IKEA US RETAIL LLC)

41644342.2

1   Case No.

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS