| | |
|---|---|
| 1 | WORKMAN LAW FIRM, PC |
| 2 | Robin G. Workman (Bar #145810)<br>robin@workmanlawpc.com |
| 3 | 177 Post Street, Suite 800<br>San Francisco, CA 94108 |
| 4 | Telephone: (415) 782-3660<br>Facsimile: (415) 788-1028 |

*Attorneys for Plaintiff, Eary Cannon*

CARA F. BARRICK, CA Bar No. 303107
cara.barrick@ogletree.com
JEAN C. KOSELA, CA Bar No. 252753
jean.kosela@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendant IKEA US Retail LLC
(erroneously sued as IKEA NORTH AMERICA SERVICES, LLC dba IKEA US RETAIL LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARY CANNON,<br><br>        Plaintiff,<br><br>    vs.<br><br>IKEA NORTH AMERICA SERVICES, LLC dba IKEA US RETAIL LLC and Does 1 through 50, inclusive,<br><br>        Defendants. | No. 5:20-CV-01341-LHK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff Eary Cannon ("Plaintiff") and Defendant IKEA US Retail LLC (erroneously sued as IKEA NORTH AMERICA SERVICES, LLC dba IKEA US RETAIL LLC) ("Defendant"), hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint against Defendant in this matter.

WHEREAS, on December 17, 2018, Plaintiff filed an administrative charge with the Equal Employment Opportunity Commission (EEOC). *See Eary Cannon v. IKEA North America Services LLC,* EEOC No. 550-2019-00399C. The charge was cross-filed with the California Department of Fair Employment and Housing (DFEH). *See Eary Cannon v. IKEA North America Services LLC,* DFEH No. 550-2019-00399.

WHEREAS, on January 14, 2020, Plaintiff filed an individual complaint in the Superior Court of the State of California, County of Santa Clara.

WHEREAS, on February 21, 2020, Plaintiff's case was removed to this Court.

WHEREAS, on February 2, 2021, the Parties reached a confidential settlement of all claims alleged, have executed a written Settlement Agreement, and complied with the terms of the Settlement Agreement.  As such, dismissal of the Complaint with prejudice is appropriate.  Each party shall bear its own fees and costs.

Dated:  February 23, 2021

WORKMAN LAW FIRM, PC

By    /s/ *Robin G. Workman*
Robin G. Workman
Attorneys for Plaintiff
EARY CANNON

Dated:  February 23, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By    /s/ Cara F. Barrick
Cara F. Barrick
Attorneys for Defendant IKEA US Retail LLC (erroneously sued as IKEA NORTH AMERICA SERVICES, LLC dba IKEA US RETAIL LLC

46081089.3